UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-80968-CIV-MIDDLEBROOKS/VITUNAC



ANTHONY W. ZINNI,

  Plaintiff,

v.

GLASS MOUNTAIN CAPITAL, LLC

  Defendant.

_____/

### ORDER ACCEPTING NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice (DE 20) ("Notice"), filed March 23, 2012. I have reviewed the Notice and am otherwise fully advised in the premises. Plaintiff filed this Notice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure before Defendant served an Answer or filed a Motion for Summary Judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Notice of Voluntary Dismissal With Prejudice (DE 20) is **ACCEPTED**.

It is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** against Defendant;

2. Each Party shall bear his or its own attorneys fees and costs; and

3. The Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 26 day of March, 2012.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record